# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

ABC International Inc.
                         Plaintiff,

v.                                                           Case No.: 1:20−cv−01579
                                                                   Honorable Robert M. Dow Jr.

GD Medical Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 27, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii) [64], this matter is dismissed without prejudice as set forth in the stipulation, with the Parties to bear their own respective costs and attorneys' fees. All pending motions [46, 47, 52] and other deadlines [see 63] are stricken as moot. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.